UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.  **CV 12-06649-MWF (VBKx)**          Date:  **September 6, 2012**

Title:     JPMorgan Chase Bank, N.A. -*v*- Juan N. Velasquez, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                      None Present

PROCEEDINGS (IN CHAMBERS):   ORDER REMANDING ACTION TO STATE COURT

On August 20, 2012, the Court issued an Order to Show Cause Re: Remand to State Court. (Docket No. 4). The Notice of Removal filed by Defendant Henry Navarro had not adequately demonstrated that removal in this case was appropriate. (Docket No. 1).

On September 4, 2012, Navarro filed a Response. (Docket No. 5). The Response fails to demonstrate that federal subject matter jurisdiction exists in this case.

Accordingly, this action is REMANDED to California Superior Court.

IT IS SO ORDERED.